No. 26-___

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAIʻI; OFFICE OF THE GOVERNOR, *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; DEREK D. BARR, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration; and UNITED STATES OF AMERICA,

Respondents.

**PETITION FOR REVIEW**

The State of Illinois; the District of Columbia; the States of California, Virginia, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin; the Office of the Governor, *ex rel.*

Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; and the Governor of the Commonwealth of Pennsylvania ("petitioners") hereby petition this Court to review, under 28 U.S.C. § 2342(3)(A) and 2344 and Federal Rule of Appellate Procedure 15(a), the Federal Motor Carrier Safety Administration ("FMCSA")'s August 11, 2026 demand for 17 million driver records containing sensitive personal information (the "Data Demand") (Exhibit A), as well as all actions taken to implement that demand.

This petition for review is protective in nature. In petitioners' view, the federal district courts have jurisdiction to review the Data Demand under 28 U.S.C. § 1331 and 5 U.S.C. § 701 *et seq*., and petitioners have accordingly challenged respondents' actions in federal district court. *See Illinois v. U.S. Dep't of Transp.*, No. 1:26-cv-02547 (E.D. Va. filed Aug. 13, 2026). Respondents have argued that petitioners' claims belong instead in this Court pursuant to the Hobbs Act, which grants the federal courts of appeals exclusive jurisdiction over certain "rules, regulations, or final orders." 28 U.S.C. § 2342(3)(A); *see, e.g.*, Opp'n to Pls.' Mot. for Prelim. Inj. at 5-9, *Illinois*, No. 1:26-cv-02547 (Sept. 3, 2026) (Doc. 101). The district court has rejected that

position. Order Granting Prelim. Inj. at 3-7, *Illinois*, No. 1:26-cv-02547 (Sept. 17, 2026) (Doc. 113). Petitioners nonetheless file this petition out of an abundance of caution to protect their right to judicial review in the event the district court is held to lack jurisdiction and this Court is held to be the proper forum.

Petitioners petition this Court for review of the Data Demand on the ground that it is contrary to law in multiple respects and arbitrary and capricious, *see* 5 U.S.C. § 706(2)(A), (C), and that it violates the Spending Clause of the United States Constitution. If this Court has jurisdiction under the Hobbs Act, venue is appropriate because two petitioners, the Commonwealth of Virginia and the State of Maryland, reside in this judicial circuit. 28 U.S.C. § 2343; *see Glob. Van Lines, Inc. v. ICC*, 691 F.2d 773, 774 n.1 (5th Cir. 1982) (venue proper where "one of the petitioners" was at home in judicial circuit); *Burlington N., Inc. v. United States*, 549 F.2d 83, 85 n.1 (8th Cir. 1977) (same).

October 5, 2026

Respectfully submitted,

**KWAME RAOUL**
Attorney General of Illinois

JANE ELINOR NOTZ
Solicitor General

**JAY JONES**
Attorney General of Virginia

TILLMAN J. BRECKENRIDGE
Solicitor General

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov

*Counsel for the State of Illinois*

/s/ Megan C. Keenan
MEGAN C. KEENAN
Deputy Solicitor General
MIKAELA A. PHILLIPS
Assistant Solicitor General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
mkeenan@oag.state.va.us
mphillips@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

/s/ Mitchell P. Reich
MITCHELL P. REICH
Senior Counsel to the Attorney General
KARTHIK REDDY
Special Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001
202-279-1261
Mitchell.Reich@dc.gov

*Counsel for the District of Columbia*

**ROB BONTA**
Attorney General of California

/s/ David Green
THOMAS S. PATTERSON
MICHAEL L. NEWMAN
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
ROBIN L. GOLDFADEN
Supervising Deputy Attorneys General
DAVID GREEN
MARIA BUXTON
CHASE GOLDSTEIN
EZRA KAUTZ
EMILIA P. E. MORRIS
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA 95814
916-210-6242

David.Green@doj.ca.gov

*Counsel for the State of California*

**KRISTIN K. MAYES**
Attorney General of Arizona

/s/ Mary M. Curtin
MARY M. CURTIN
Senior Litigation Counsel
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-3333
Mary.Curtin@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**PHIL WEISER**
Attorney General of Colorado

/s/ David Moskowitz
DAVID MOSKOWITZ
Deputy Solicitor General
GABE PODESTA
SARAH H. WEISS
Senior Assistant Attorneys General
1300 Broadway, 10th Fl.
Denver, CO 80203
720-508-6000
David.Moskowitz@coag.gov
Gabe.Podesta@coag.gov
Sarah.Weiss@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

/s/ Michael Skold
MICHAEL SKOLD
Solicitor General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Michael.Skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

/s/ Ian R. Liston
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
ANURADHA SIVARAM
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawai‘i

/s/ Kaliko‘onālani D. Fernandes
KALIKO‘ONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
808-586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai‘i*

**ANDY BESHEAR**
Governor for Commonwealth of Kentucky

/s/ S. Travis Mayo
S. TRAVIS MAYO
General Counsel
SAM FLYNN
Chief Deputy General Counsel
LAURA C. TIPTON
Deputy General Counsel
Office of the Governor
501 High Street, 2nd Floor
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
sam.flynn@ky.gov
laurac.tipton@ky.gov

*Counsel for Governor Andy Beshear*

**AARON M. FREY**
Attorney General of Maine

/s/ Halliday Moncure
HALLIDAY MONCURE
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Halliday.Moncure@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ Yasmin Dagne
JULIA DOYLE
Solicitor General
YASMIN DAGNE
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov

*Counsel for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

/s/ Michelle Pascucci
MICHELLE PASCUCCI
State Trial Counsel
GERARD J. CEDRONE
Deputy State Solicitor
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
617-963-2255
Michelle.Pascucci@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI
Assistant Attorney General
P.O. Box 30212
Lansing, MI 48909
517-241-1050
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

/s/ Lindsey E. Middlecamp
LINDSEY E. MIDDLECAMP
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0711
Lindsey.Middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

/s/ K. Brunetti Ireland
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

**RAÚL TORREZ**
Attorney General of New Mexico

/s/ Sadia Ahsanuddin
SADIA AHSANUDDIN
Deputy Attorney General
New Jersey Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-376-3100
Sadia.Ahsanuddin@law.njoag.gov

*Counsel for the State of New Jersey*

/s/ Anjana Samant
ANJANA SAMANT
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
MATTHEW CONRAD
Assistant Attorney General
28 Liberty St.
New York, NY 10005
212-416-8333
Rabia.Muqaddam@ag.ny.gov
Matthew.Conrad@ag.ny.gov

*Counsel for the State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

/s/ Robert A. Koch
ROBERT A. KOCH
Attorney-in-Charge, Civil & Administrative Appeals
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
503-378-4402
Robert.A.Koch@doj.oregon.gov

*Counsel for the State of Oregon*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

/s/ Jacob B. Boyer
JENNIFER C. SELBER
JACOB B. BOYER

**PETER F. NERONHA**
Attorney General of Rhode Island

/s/ Patrick Reynolds
PATRICK REYNOLDS
Special Assistant Attorney General

Governor's Office of General Counsel
30 North 3rd Street
Suite 200
Harrisburg, PA 17101
JacobBoyer@pa.gov

*Counsel for Governor Josh Shapiro*

Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400
preynolds@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

/s/ Ryan Patrick Kane
RYAN PATRICK KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
802-828-3171
Ryan.Kane@vermont.gov

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

/s/ Lauryn K. Fraas
LAURYN K. FRAAS
Assistant Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
206-464-7744
Lauryn.Fraas@atg.wa.gov

*Counsel for the State of Washington*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

/s/ Brian Keenan
BRIAN KEENAN
Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
608-266-0020
Brian.Keenan@wisdoj.gov

*Counsel for the State of Wisconsin*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I filed a copy of this petition for review with the Clerk of the U.S. Court of Appeals for the Fourth Circuit using the CM/ECF system. Service of the petition by the Clerk under Federal Rule of Appellate Procedure 15(c) and Local Rule 15(b) should be made upon the following parties:

Sean Duffy, Secretary
U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, DC 20590

Derek D. Barr, Administrator
Federal Motor Carrier Safety Administration
1200 New Jersey Ave. SE
Washington, DC 20590

Todd Blanche, Attorney General
United States Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

United States Attorney's Office for the Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314

I further certify that on October 5, 2026, I caused copies of this petition for review to be served on "each party admitted to participate in

the agency proceedings, except for the respondents." Fed. R. App. P. 15(c)(1). The list of the other parties served is:

American Association of Motor Vehicle Administrators
4250 Fairfax Drive, Suite 1000
Arlington, VA 22203

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov