# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | Illinois v. U.S. Department of Transportation, No. 26-2407 |
| **Originating No. & Caption** | N/A |
| **Originating Court/Agency** | Federal Motor Carrier Safety Administration |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 2342(3)(A) | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | August 11, 2026 | |
| Date notice of appeal or petition for review filed | October 5, 2026 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A<br>If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ◉ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

This case challenges the Federal Motor Carrier Safety Administration (FMCSA)'s decision to demand 17 million driver records containing sensitive personal information from the American Association of Motor Vehicle Administrators (AAMVA). FMSCA issued a final letter on August 11, 2026, demanding these records and threatening AAMVA with the termination of its federal funds if it did not comply (the "data demand").

Petitioners challenged the data demand in the U.S. District Court for the Eastern District of Virginia, which issued a temporary restraining order and, subsequently, a preliminary injunction. Respondents have now appealed the preliminary injunction to this Court, which has not yet docketed the appeal. Because respondents have argued in those proceedings that jurisdiction is proper in this Court under the Hobbs Act, 28 U.S.C. § 2342(3)(A), we have also filed this protective petition while simultaneously proceeding with our parallel litigation.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Petitioners anticipate seeking to place this appeal into abeyance pending the resolution of the parallel litigation, Illinois v. U.S. Department of Transportation, No. 26-cv-2547 (E.D. Va.), and the appeal from the district court's preliminary injunction.

The issues in this case, if it proceeded, would include:
(1) Whether the data demand is a "final agency action" subject to review under the Administrative Procedure Act (APA), 5 U.S.C. § 704;
(2) Whether the Hobbs Act vests exclusive jurisdiction to review the demand in the courts of appeals;
(3) Whether the data demand violates the APA in that it is contrary to law and/or arbitrary and capricious; and
(4) Whether the data demand violates the U.S. Constitution's Spending Clause.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: See Attachment A.<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: See Attachment A.<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Alex Hemmer **Date:** 10/20/2026

**Counsel for:** State of Illinois (on behalf of all petitioners)

| **Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on ____________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown: | |
|---|---|
| | |
| Signature: | Date: |

*Illinois v. U.S. Dep't of Transportation*, No. 26-2407
Docketing Statement
Attachment A

List of Adverse Parties (Respondents)

United States Department of Transportation
Sean Duffy, in his official capacity as Secretary of Transportation
Federal Motor Carrier Safety Administration
Derek D. Barr, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration
United States of America

*Attorney:*
Simon Gregory Jerome
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
simon.g.jerome@usdoj.gov
(202) 514-2000

List of Petitioners

State of Illinois
*Attorney*:
Alex Hemmer
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
alex.hemmer@ilag.gov
(312) 814-3000

District of Columbia
*Attorneys*:
Mitchell P. Reich
Karthik Reddy
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001
mitchell.reich@dc.gov

(202) 279-1261

State of California
*Attorneys*:
Thomas S. Patterson
Michael L. Newman
Seth E. Goldstein
Robin L. Goldfaden
David Green
Maria Buxton
Chase Goldstein
Ezra Kautz
Emilia P.E. Morris
California Department of Justice
1300 I St., Ste. 125
Sacramento, CA 95814
david.green@doj.ca.gov
(916) 210-6242

Commonwealth of Virginia
*Attorneys*:
Megan C. Keenan
Mikaela A. Phillips
Office of the Attorney General of Virginia
202 North Ninth St.
Richmond, VA 23219
mkeenan@oag.state.va.us
(804) 786-2071

State of Arizona
*Attorneys*:
Mary M. Curtin
William Y. Durbin
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
william.durbin@azag.gov
(602) 542-3333

State of Colorado

*Attorneys*:
David Moskowitz
Gabe Podesta
Sarah H. Weiss
Office of the Colorado Attorney General
1300 Broadway, 10th Fl.
Denver, CO 80203
david.moskowitz@coag.gov
(720) 508-6000

State of Connecticut
*Attorney*:
Michael Skold
Office of the Connecticut Attorney General
165 Capitol Ave.
Hartford, CT 06106
michael.skold@ct.gov
(860) 808-5090

State of Delaware
*Attorneys*:
Ian R. Liston
Vanessa L. Kassab
Anuradha Sivaram
Delaware Department of Justice
820 N. French St.
Wilmington, DE 19801
ian.liston@delaware.gov
(302) 683-8899

State of Hawaii
*Attorney*:
Kalikoʻonālani D. Fernandes
Office of the Hawaii Attorney General
425 Queen St.
Honolulu, HI 96813
kaliko.d.fernandes@hawaii.gov
(808) 586-1360

Office of the Governor, ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky
*Attorneys*:
S. Travis Mayo
Sam Flynn
Laura C. Tipton
Office of the Governor
501 High St., 2nd Floor
Frankfort, KY 40601
travis.mayo@ky.gov
(502) 564-2611

State of Maine
*Attorney*:
Halliday Moncure
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
halliday.moncure@maine.gov
(207) 626-8800

State of Maryland
*Attorneys*:
Julia Doyle
Yasmin Dagne
Office of the Maryland Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
ydagne@oag.maryland.gov
(410) 223-1580

Commonwealth of Massachusetts
*Attorneys*:
Michelle Pascucci
Gerard J. Cedrone
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
michelle.pascucci@mass.gov
(617) 963-2255

State of Michigan
*Attorney*:
Neil Giovanatti
Office of the Michigan Attorney General
P.O. Box 30212
Lansing, MI 48909
giovanattin@michigan.gov
(517) 241-1050

State of Minnesota
*Attorney*:
Lindsey E. Middlecamp
Office of the Minnesota Attorney General
445 Minnesota St., Ste. 600
St. Paul, MN 55101
lindsey.middlecamp@ag.state.mn.us
(651) 300-0711

State of Nevada
*Attorney*:
K. Brunetti Ireland
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

State of New Jersey
*Attorney*:
Sadia Ahsanuddin
New Jersey Office of the Attorney General
25 Market St.
Trenton, NJ 08625
sadia.ahsanuddin@law.njoag.gov
(609) 376-3100

State of New Mexico
*Attorney*:
Anjana Samant
New Mexico Department of Justice

408 Galisteo St.
Santa Fe, NM 87501
asamant@nmdoj.gov
(505) 270-4332

State of New York
*Attorneys*:
Rabia Muqaddam
Ester Murdukhayeva
Matthew Conrad
Office of the New York Attorney General
28 Liberty St.
New York, N y10005
ester.murdukhayeva@ag.ny.gov
(212) 416-6279

State of Oregon
*Attorney*:
Robert Koch
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
robert.a.koch@doj.oregon.gov
(503) 378-4402

Governor of the Commonwealth of Pennsylvania
*Attorneys*:
Jennifer C. Selber
Jacob B. Boyer
Governor's Office of General Counsel
30 N. 3rd St., Ste. 200
Harrisburg, PA 17101
jacobboyer@pa.gov

State of Rhode Island
*Attorneys*:
Sarah W. Rice
Patrick Reynolds
Rhode Island Office of the Attorney General
150 S. Main St.

Providence, RI 02903
srice@riag.ri.gov
(401) 274-4400

State of Vermont
*Attorneys*:
Jonathan T. Rose
Ryan Patrick Kane
Vermont Office of the Attorney General
109 State St.
Montpelier, VT 05609
jonathan.rose@vermont.gov
(802) 828-3171

State of Washington
*Attorney*:
Lauryn K. Fraas
Office of the Washington Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
lauryn.fraas@atg.wa.gov
(206) 464-7744

State of Wisconsin
*Attorney*:
Brian P. Keenan
Office of the Wisconsin Attorney General
17 West Main St.
P.O. Box 7857
Madison, WI 53707
brian.keenan@wisdoj.gov
(608) 266-0020